IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS O. VELEZ, JR.<br>SONIA KIRKLAND;<br><br>    Plaintiff(s)<br><br>v.<br><br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>    Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 3:15-CV-1018 (SRU) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)   SONIA KIRKLAND   and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) FEDERAL NATIONAL MORTGAGE ASSOCIATION .

Date: 11-30-15

_Signature of plaintiffs or plaintiff's counsel_

41 Berkeley Place
_Address_

Bridgeport Ct. 06610
_City, State & Zip Code_

203-545-3146
_Telephone Number_

[Filed stamp: United States District Court, District of Connecticut, FILED AT BRIDGEPORT, 11-30-15, Roberta D. Tabora, Clerk]