United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

December 1, 2015

Roberta D. Tabora, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS O. VELEZ<br>SONIA KIRKLAND;<br><br>  Plaintiff(s)<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION<br>  Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 3:15-CV-1018 (SRU) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Luis O. Velez, Sonia C. Kirkland   and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) FEDERAL NATIONAL MORTGAGE ASSOCIATION .

_____
Signature of plaintiffs or plaintiff's counsel

41 Berkeley Place
*Address*

Bridgeport, CT 06610
*City, State & Zip Code*

203-545-3146
*Telephone Number*

12-1-15
*Date*